THEODORE HAEBLER V. GILBERT H. CRAWFORD, as Sole Permanent Receiver, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before the 16th day of January, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARTHUR FRIEDENHEIT V. CELNAM REALTY CORPORATION and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before the 1st day of February, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of NATHAN BENSKY against WILLIAM J. DEEGAN, as Tenement House Commissioner, and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before the 1st day of February, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of NATHAN BENSKY against WILLIAM J. DEEGAN, as Tenement House Commissioner, and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before the 1st day of February, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. EDWARD BURKI.— Preference granted for January 14, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STEPHEN G. EGAN V. BLANCHE D. EGAN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of HENRY MORRIS, INC., against THE DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and Others.— The orderly procedure would be for the petitioner's cross-notice of appeal to be included in one record on appeal, the cost of printing which record should be shared by the parties equally. Otherwise the motion will be denied. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK V. MARY MEYERS and Others Impleaded with RALPH WILLIS.— Motion granted and time of appellant Ralph Willis within which to serve and file the record on appeal and appellant's points extended to and including January 17, 1931, with notice of argument for February 4, 1931. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

R. & R. EMPIRE PICKLE WORKS, INC., Respondent, v. BIG FOUR CANNING COMPANY, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Estate of ELBRIDGE GERRY SNOW, Deceased.— Order affirmed, with ten dollars costs and disbursements to respondents. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SAMUEL ROSENBLUM, INC., Appellant, v. INDIA WHARF BREWING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD J. KEANE, Respondent, v. CONNECTICUT FIRE INSURANCE COMPANY OF HARTFORD, Appellant.— Determination reversed, with ten dollars costs and disbursements in this court and in the Appellate Term and motion denied, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ. [138 Misc. 291.]